UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA COVELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 1:22-CV-00290-SPB |
| | : |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to F.R.C.P.41(a)(1)(A)(i) of the Federal Rules of Civil Procedures, the Plaintiff, Melissa Covell and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, United Services Automobile Association.

SIMON & SIMON, P.C.
/s/ Ryan M. Flaherty
Ryan M. Flaherty, Esquire
*Attorney for Plaintiff*
PA ID 314552
Simon & Simon, P.C.
500 Grant Street, Suite 2900
Pittsburgh, PA 15219
412-965-5398
Fax: 267-639-9006
RyanFlaherty@gosimon.com

**CERTIFICATE OF SERVICE**

I, Ryan Flaherty, Esquire, attorney for Plaintiffs, herby certify that a true and correct copy of the foregoing document was served, this Wednesday, December 7, 2022, upon the following:

Lindsay Andreuzzi, Esquire
Kutak Rock LLP
100 North 18th Street, Suite 1920
Philadelphia, PA 19103
Lindsay.andreuzzi@kutakrock.com

SIMON & SIMON, P.C.
/s/ Ryan M. Flaherty
Ryan M. Flaherty, Esquire
*Attorney for Plaintiff*
PA ID 314552
Simon & Simon, P.C.
500 Grant Street, Suite 2900
Pittsburgh, PA 15219
412-965-5398
Fax: 267-639-9006
RyanFlaherty@gosimon.com